IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LISA COTTON, )<br>)<br>   Plaintiff, )<br>)     CIVIL ACTION NO.<br>   v. )       3:14cv405-MHT<br>)           (WO)<br>BODNAR ENTERPRISES )<br>INCORPORATED, d/b/a )<br>Wendy's, )<br>)<br>   Defendant. ) | |

### JUDGMENT

Pursuant to the stipulation of dismissal (doc. no. 14), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of February, 2015.

                        /s/ Myron H. Thompson_____
                        UNITED STATES DISTRICT JUDGE